### Dionisi SHOLA

v.

### DIMEO CONSTRUCTION CO.

No. 83–249–M.P.

Supreme Court of Rhode Island.

July 14, 1983.

Vincent J. Chisholm, Providence, for petitioner.

Robert K. Argentieri, George E. Healy, Jr., Providence, for respondent.

## ORDER

The petition for writ of certiorari is granted.

■

### STATE

v.

### Luigi MANOCCHIO.

No. 83–361–M.P.

Supreme Court of Rhode Island.

July 14, 1983.

Thomas A. DiLuglio, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

## ORDER

The petition for writ of habeas corpus is denied without prejudice to the filing of a new petition following the Superior Court bail hearing scheduled for August 10, 1983.